AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00219 |
| Karl Dawn Kelley | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/10/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Karl Dawn Kelley
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 18 U.S.C. §§ 1752(a)(1) and (2), Restricted Buildings or Grounds
Title 40 U.S.C. §§ 5104(e)(2)(D) and (G), Unlawful Activities on Capitol Grounds; Disorderly Conduct; Parading and Demonstrating in the Capitol Building

Date:   02/10/2021

2021.02.10
20:49:32 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 2/10/21 via email, and the person was arrested on *(date)* 02/18/21
at *(city and state)* 

Date:   02/18/21

*Arresting officer's signature*

Special Agent Nicholas McConnell
*Printed name and title*