UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00201-4 (DLF) |
| v. : | |
| : | |
| KARI KELLEY, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S SUPPLEMENTAL LEGAL AUTHORITY IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits as supplemental legal authority in support of a split sentence, the March 14, 2022 opinion of Judge Royce C. Lamberth, in the matter of *United States v. James Leslie Little*, 21-cr-315, attached hereto.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:  */s/ Brenda J. Johnson*
Brenda J. Johnson
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
555 4th Street, N.W., Room 11-450
Washington, D.C.  20530
Office: 202-252-7801
Brenda.Johnson@usdoj.gov